UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                          Case No. 13-30973-DHW
                                               Chapter 13
DAVID RUFF,
DONNA RUFF,

    Debtors.

## ORDER ALLOWING WITHDRAWAL OF MOTION TO DISMISS

## ORDER INCREASING PLAN PAYMENTS

Trustee filed a motion (Doc. # 56) to dismiss case for failure to make plan payments. The matter came for hearing on October 16, 2017. At the hearing, Trustee withdrew the motion. Accordingly, it is

ORDERED that the motion is WITHDRAWN. It is

FURTHER ORDERED that, in order to maintain feasibility, the plan payments to Trustee are hereby INCREASED to **$123.00 weekly**.

Done this 16th day of October, 2017.

*Dwight A. Williams, Jr.*

Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:    Debtors
      Richard D. Shinbaum, Attorney for Debtors
      Sabrina L. McKinney, Trustee